**UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA**

| | |
|---|---|
| AARON PEREZ,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>CAPITAL VISION SERVICES, LLC d/b/a MYEYEDR,<br><br>　　　　　Defendant. | Civil Action No. 1:25-cv-00857-MPB-CSW |

**STIPULATION OF DISMISSAL WITH PREJUDICE**

Pursuant to Fed.R.Civ.P. 41(a)(1), Plaintiff and Defendant, by and through their undersigned counsel, hereby stipulate to the dismissal of this action, with prejudice.

Respectfully submitted,

| | |
|---|---|
| */s/ Camar R. Jones* | */s/ Kyle Peterson* |
| **SHAVITZ LAW GROUP, P.A.** | **SEYFARTH SHAW LLP** |
| Gregg I Shavitz (FL Bar No. 011398) | Kyle Peterson (IL 6275689) |
| gshavitz@shavitzlaw.com | KPetersen@seyfarth.com |
| Camar Jones (FL Bar No. 720291) | 233 S Wacker Dr # 8000 |
| cjones@shavitzlaw.com | Chicago, IL 60606 |
| Alan L. Quiles (FL Bar No. 062431) | Telephone: 312-460-5950 |
| aquiles@shavitzlaw.com | |
| Loren B. Donnell (FL Bar No. 013429) | Barry J. Miller (*pro hac anticipated*) |
| ldonnell@shavitzlaw.com | bmiller@seyfarth.com |
| 622 Banyan Trail, Suite 200 | Hillary J. Massey (*pro hac anticipated*) |
| Boca Raton, FL 33431 | hmassey@seyfarth.com |
| Telephone: (561) 447-8888 | SEYFARTH SHAW LLP |
| | Two Seaport Lane, Suite 1200 |
| **BURR & SMITH LLP** | Boston, MA 02210-2028 |
| Sam J. Smith (FL Bar No. 818593) | Telephone:    (617) 946-4800 |
| 9800 4th Street North, Suite 200 | Facsimile:    (617) 946-4801 |
| St. Petersburg, FL 33702 | |
| Telephone: (813) 253-2010 | COUNSEL FOR DEFENDANT |
| smith@burrandsmithlaw.com | |
| ldonnell@burrandsmithlaw.com | |
| | |
| COUNSEL FOR PLAINTIFF | |

2

## **CERTIFICATE OF SERVICE**

  I hereby certify that, on August 25, 2025, this document was filed through the CM/ECF system and will be sent electronically to the registered participants as identified on the Notice of Electronic Filing and paper copies will be sent to those indicated as non-registered participants.

                */s/ Kyle Peterson*
                Kyle Peterson