## UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF INDIANA

AARON PEREZ,

              Plaintiff,

     v.

CAPITAL VISION SERVICES, LLC d/b/a
MYEYEDR,

              Defendant.

Civil Action No. 1:25-cv-00857-MPB-CSW

## STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Fed.R.Civ.P. 41(a)(1), Plaintiff and Defendant, by and through their undersigned counsel, hereby stipulate to the dismissal of this action, with prejudice.

**SO ORDERED.**

Dated:  August 25, 2025

Matthew P. Brookman, Judge
United States District Court
Southern District of Indiana

Served electronically on all ECF-registered counsel of record.